UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. __1:26-cr-00127__<br>18 U.S.C. § 242<br>18 U.S.C. § 1519 |
| v. | |
| CARL MICHAEL WILLIAMSON, | JUDGE DEE D DRELL |
| **Defendant** _____/ | MAGISTRATE JUDGE PEREZ-MONTES |

## BILL OF INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

## GENERAL ALLEGATIONS

At all times relevant to this Indictment:

1. The Catahoula Parish Correctional Center ("CPCC"), located in Harrisonburg, Louisiana, was a state prison operated by the Catahoula Parish Sheriff's Office ("CPSO"). Located on the prison's grounds was "Cell 12," a cell with six beds. Near Cell 12 was a recreation yard.

2. On or about February 1, 2024, CPCC had housed eleven inmates and two pretrial detainees inside Cell 12.

3. Defendant **CARL MICHAEL WILLIAMSON** was employed by CPSO and worked as a transportation officer at CPCC.

4. WARDEN 1, ASSISTANT WARDEN 1, COLONEL 1, and DEPUTY 1, individuals known to the Grand Jury and not charged in this Indictment, were employed by CPSO.

5.    WARDEN 1 and ASSISTANT WARDEN 1 were the highest-ranking officers of CPCC.  Together, they were responsible for supervising the facility.

6.    Each of these allegations is hereby referenced and incorporated into each count of this Indictment.

**COUNT 1**
**Abuse of Rights Under Color of Law**
**[18 U.S.C. § 242]**

On or about February 1, 2024, in the Western District of Louisiana, the defendant,

**CARL MICHAEL WILLIAMSON,**

while acting under color of law as a uniformed CPSO transportation officer, willfully deprived an inmate in the custody of CPCC of the right, protected and secured by the Constitution and laws of the United States, to be free from cruel and unusual punishment.  Specifically, after the inmate was escorted out of Cell 12 and into the nearby recreation yard, WILLIAMSON assaulted the inmate by forcefully striking the inmate in the face with an open hand while the inmate was compliant, non-threatening, and subdued by oleoresin capsicum ("OC") spray.  This offense resulted in bodily injury to the inmate, in violation of Title 18, United States Code, Section 242.

## COUNT 2
### False Report
### [18 U.S.C. § 1519]

On or about August 20, 2025, in Catahoula Parish, in the Western District of Louisiana, defendant

## CARL MICHAEL WILLIAMSON,

while acting in relation to and in contemplation of a matter within the jurisdiction of the United States, knowingly falsified, concealed, covered up, and made a false entry in a record and document with the intent to impede, obstruct, and influence the investigation and proper administration of that matter. Specifically, WILLIAMSON, at the request of ASSISTANT WARDEN 1, wrote, signed, and submitted a report to ASSISTANT WARDEN 1 that was intended to cover up a series of officer-led assaults that occurred on February 1, 2024, in the recreation yard near Cell 12. The report was false and misleading because, as WILLIAMSON and ASSISTANT WARDEN 1 then well knew, WILLIAMSON had falsely claimed in the report that a K-9 officer "tried to get the dog to bite the restrainied [sic] inmates that have already been pepper sprayed and handcuffed from behind," and WILLIAMSON had falsely omitted from the report that: (1) WILLIAMSON had assaulted an inmate as described in Count 1; (2) WARDEN 1 had used an electric riot shield to assault inmates and pretrial detainees; (3) DEPUTY 1 had assaulted an inmate by striking him; and (4) ASSISTANT WARDEN 1, COLONEL 1, and other officers who were present in the recreation yard had failed to intervene to prevent these assaults despite

3

having the means and opportunity to do so, in violation of Title 18, United States

Code, Section 1519.

ZACHARY A. KELLER
United States Attorney

By: _____*Thomas Johnson*_____
THOMAS A. JOHNSON (VA Bar No. 89295)
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, LA 70501
Telephone: (337) 278-1694