**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

---

**UNITED STATES OF AMERICA**                              **CASE NO.  26-cr-127**

**-vs-**                                                            **JUDGE DRELL**

**CARL MICHAEL WILLIAMSON (01)**          **MAGISTRATE JUDGE PEREZ-MONTES**

---

**MINUTE ENTRY**

A hearing in accordance with Fed R. Crim. P. 11 is set to begin at 1:30 p.m. on April 14, 2026 in Alexandria, Louisiana, Second Floor Courtroom.

**THUS DONE AND SIGNED** at Alexandria, Louisiana this 9 day of April 2026.

**DEE D. DRELL, SENIOR JUDGE**
**UNITED STATES DISTRICT COURT**