RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

APR 14 2026

DANIEL J. McCOY, CLERK

BY:_____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

UNITED STATES OF AMERICA          CRIMINAL NO. 26cr 127

v.

CARL MICHAEL WILLIAMSON,

     Defendant

_____/

## UNDERSTANDING OF PENALTIES AND RIGHTS

The defendant, **CARL MICHAEL WILLIAMSON**, having been furnished a copy of the Bill of Information and having discussed it with their attorney states as follows:

1. I understand the nature of the charge against me and the maximum possible penalty as set forth in the plea agreement.

2. I understand my right to be represented by counsel (a lawyer) of my choice, or if I cannot afford counsel, my right to be represented by Court-appointed counsel at no cost to me.

3. I understand my right to plead guilty or not guilty.

4. I understand my right not to be required to testify against myself or at all if I do not so desire.

5. I understand my right to confront and cross-examine witnesses against me.

6. I understand my right to use compulsory process to require witnesses to appear at trial and testify.

7. I realize that by pleading guilty I stand convicted of the crimes charged and waive my privilege against self-incrimination, my right to jury trial, my right to confront and cross-examine witnesses, and my right of compulsory process.

1

8.   My plea in this matter is free and voluntary, and it has been made without any threats or inducements from anyone whatsoever except for those contained in the plea agreement and any addendum required under standing orders.  The only reason I am pleading guilty is that I am in fact guilty as charged.

The foregoing Understanding of Penalties and Rights has been read, understood, and signed:

Dated: 4/14/26

DEVIN T. JONES
Counsel for the defendant
601 North 5th Street, Suite 215
Monroe, LA 71201

Dated: 4-14-26

CARL MICHAEL WILLIAMSON
Defendant

2