RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

APR 14 2026

DANIEL J. McCOY, CLERK

BY:_____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

UNITED STATES OF AMERICA

v.

CARL MICHAEL WILLIAMSON,

Defendant

_____/

1:26-cr-00127
JUDGE DRELL
MAGISTRATE JUDGE PEREZ-MONTES

## ELEMENTS OF OFFENSES

### Count 1
### ABUSE OF RIGHTS UNDER COLOR OF LAW

For you to be guilty of this crime, the government would have to prove each of the following beyond a reasonable doubt:

*First*:   That the defendant deprived a person of a right secured by the Constitution or laws of the United States by committing one or more of the acts charged in the indictment;

*Second*:   That the defendant acted willfully, that is, that the defendant committed such act or acts with a bad purpose to disobey or disregard the law, specifically intending to deprive the person of that right;

*Third*:   That the defendant acted under color of law; and

*Fourth*:   That bodily injury resulted from the defendant's conduct.

## Count 2
## FALSE REPORT

For you to be guilty of this crime, the government would have to prove each of the following beyond a reasonable doubt:

*First*:        That the defendant knowingly altered concealed, covered up, falsified, and made a false entry in a document;

*Second*:        That the defendant acted with the intent to impede, obstruct, and influence the investigation in relation to a matter; and

*Third*:        That the matter was within the jurisdiction of the Federal Bureau of Investigation, which is an agency of the United States.

The foregoing elements of offense have been read, understood, and signed:

Dated: 3/21/26

DEVIN T. JONES
Counsel for the defendant
601 North 5th Street, Suite 215
Monroe, LA 71201

Dated: 3-25-26

CARL MICHAEL WILLIAMSON
Defendant

2