**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

---

**UNITED STATES OF AMERICA**                    **CASE NO.  1:26-cr-127**

**-vs-**                                                       **JUDGE DRELL**

**CARL MICHAEL WILLIAMSON**          **MAGISTRATE JUDGE PEREZ-MONTES**

---

## <u>ORDER</u>

Sentencing in this matter is set for March 1, 2027 at 1:30 p.m., to allow for proper and

orderly processing.  The initial probation PSR release deadline is ordered waived.

THUS DONE AND SIGNED at Alexandria, Louisiana this 23ʳᵈ day of June 2026.

**DEE D. DRELL, SENIOR JUDGE**
**UNITED STATES DISTRICT COURT**